IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR441 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ANTIONE CURTIS,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Michael F. Maloney to withdraw as counsel for the defendant, Antione Curtis (Curtis) (Filing No. 11). Mr. Maloney represents he has a conflict of interest in this matter as the Office of the Federal Public Defender and that office represents a cooperating witness in these proceedings. Mr. Maloney's motion to withdraw (Filing No. 11) is granted. Jim K. McGough, 12020 Shamrock Plaza, #333, Omaha, NE 68154, (402) 614-8655, is appointed to represent Curtis for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Maloney shall forthwith provide Mr. McGough with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Curtis's defense.

    The clerk shall provide a copy of this order to Mr. McGough, and Mr. McGough shall enter his appearance in this matter forthwith.

    **IT IS SO ORDERED.**

    DATED this 26th day of January, 2006.

                                                               BY THE COURT:

                                                               s/Thomas D. Thalken
                                                             United States Magistrate Judge